**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Douglas John Zolinerz, | ) | No. CV-11-146-PHX-GMS |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph M. Arpaio, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ————————————————— | ) | |

Pending before the Court is Plaintiff's Motion for Order to Waive Service of Process Fees and Direct Clerk to Have U.S. Marshal(s) to Effect Process Upon Defendants (Doc. 9). Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion (Doc. 9), and directing the United States Marshal's Service to effect service of process in this matter on the remaining Defendants, Arpaio, Rao, Venkatabalaji, Adams, Eggert and Everett.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to send by mail a service packet to Plaintiff. Plaintiff is directed to promptly fill out and return the service packet, including all pertinent information for service, to the Clerk of the Court. The Clerk of the Court shall then immediately submit the service packet to the United States Marshal along with a copy of this Order.

DATED this 6th day of June, 2011.

G. Murray Snow
United States District Judge